IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY DEMPSEY, #291682, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-925-WHA |
| JEFFERSON DUNN, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

On February 12, 2019, the Magistrate Judge entered a Recommendation (Doc. #11) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

A separate Final Judgment will be entered.

DONE this 8th day of March, 2019.

        /s/ W. Harold Albritton
     SENIOR UNITED STATES DISTRICT JUDGE